**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 DEC -7 PM 3: 07

OFFICE OF THE CLERK

**PRO SE CIVIL COMPLAINT**

Case No. _4-12cv 3241_
(the court will assign a number)

## I.   CASE CAPTION:   Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A.   Plaintiff(s) Name(s):        Address(es):        Telephone No. (only if **you are NOT** a prisoner)

Jason Lea Roberts AKA        Monroe La        2607 Piccadilly ct

Jason Lea Loyd AKA        Winssbro La        Lincoln, NE

Jason Lee Chapman AKA Tupelo Miss        C8512
                                         402 202-3778

Justin Dean Beall AKA 2607 Piccadilly cT

B.   Defendant(s) Name(s):        Address(es) If known:

CS 17 Bill Beall        Branson, MO

Rev Barbara Beall        Branson, MO

Ann Johnson        Franklin, La

Bm Crouch        Wissnsbro La

(Attach extra sheets if necessary.)

Page 1 of 6

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A.     **When** did the events occur?

Both Birth to 2000

B.     **What** happened?

One abused by Ann Johnson My teachers failed to apply Art 616 615 525 S of La Childrens S code be sitifed certifiyed in Signs of compley torture. Mr Crouch and The Foster + Adoptive mom Lady. GS 17 Beall had no HeAlth insepter for his Under table Bussness and used children to Sell his cheap Product at a high turn around In Short 3 Legal Name changes and no accountabity. also Pro Help Desk
accidently filled out
Termination of
Child Support

Page 2 of 6

## II. STATEMENT OF CLAIM(S) (continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

/////// United States or a federal official or agency is a party

/////// Claim arises under the Constitution, laws or treaties of the United States

/////// Violation of civil rights

/////// Employment discrimination

/////// Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

/////// Other basis for jurisdiction in federal court (explain below)

Employee

## IV.   STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

The claim arose also in Nebraska
In vest to gate Kentucky

## V. RELIEF

State briefly what you want the court to do for you.

Break Triffic)

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A.   Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes ___✓___          No _____

B.   If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

Atterny General Bobby caldwell La
Ne 84.903 84.905 Statues

C.   If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

Page 5 of 6

**VII.    ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE?  (check one):**

JURY _____✓_____          JUDGE _____✓_____

**VIII.    VERIFICATION**

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:                Signature(s) of Plaintiff(s):

12-7-2012 _____        _____ Rocee _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS.   Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**



**LONG TIME,
NO HUG...**

Dear Joan,
Just wanted to let you
know I miss you alot. The
last few years has seemed like
100. I do pray that I get to
see you on this side of Heaven.
I pray for this everyday.
I'm so happy that you did
get your family & a daddy
a name. I pray God will
allow us a chance to meet
again. Keep living for God
& Serve Him with all your
heart.

With love
& Prayer,
Annie Lee





© PAWS

www.hallmark.com



20112

6 10290 00136 8

U.S.A. 1.99
Canada 2.49
JP 11 K

HALLMARK CARDS, INC.
KANSAS CITY, MO 64141
TORONTO, CANADA M2J 1P6
MADE IN U.S.A.



Anna L Chapin
2139 Huy 130
Winnsboro, LA

SHREVEPORT LA 711   ISS#2   02/04/99   23:28

New Beginnings
PO Box 7055
Tupelo, Ms
38802

38802/7055